UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONALD EDWARD ECTOR,<br><br>            Petitioner,<br><br>    v.<br><br>JAMES ENGLEMAN, Warden<br><br>            Respondent. | Case No. 2:22-cv-06044-FLA (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Amended Report and Recommendation.  The court accepts the findings and recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED THAT:

    1.   Respondent's motion to dismiss is granted and the Petition is dismissed.

    2.   Judgment be entered consistent with this order.

    3.   The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: September 18, 2023

                                                FERNANDO L. AENLLE-ROCHA
                                                United States District Judge