JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONALD EDWARD ECTOR, <br><br> Petitioner, <br><br> v. <br><br> JAMES ENGLEMAN, Warden <br><br> Respondent. | Case No. 2:22-cv-06044-FLA (JPR) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Magistrate Judge's Amended Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 18, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge